IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONJON MARINE CO., INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ROBIN 5 SHIPPING, INC., *IN PERSONAM*, and M/V CHIQUITA DREAM, HER ENGINES, TACKLE, EQUIPMENT, AND FURNISHINGS, *IN REM*, <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 21-2053 |

## ORDER

**AND NOW**, this 10th day of May 2021, upon consideration of Plaintiff's Verified Complaint (ECF 1) and Motion for an Order to Issue a Warrant for Arrest (ECF 4), and the Court having found the conditions for an action *in rem* under Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure appear to exist, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. The Clerk of Court shall promptly issue a Warrant for Arrest of the M/V Chiquita Dream as prayed for in the Verified Complaint and Plaintiff's Motion pursuant to Supplemental Admiralty Rule C and deliver the Warrant and this Order to the United States Marshal for execution.

2. Any person claiming an interest in the property arrested pursuant to the Warrant shall be entitled upon request to a prompt hearing at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

3. A copy of this Order shall be attached to and served with the Warrant as well as a copy of the Summons and Verified Complaint.

4. Plaintiff shall comply with the notice provisions as provided in Supplemental Admiralty Rule C(4).

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.