**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONJON MARINE CO., INC.**, <br> 100 Central Avenue, Hillside, New Jersey <br><br> Plaintiff, <br><br> v. <br><br> **ROBIN 5 SHIPPING, INC.**, *in personam*, <br> c/o Interunity Management (Deutschland) GmbH, <br> Konsul-Smidt-Strasse 76a, 28217 Bremen, <br> Germany <br><br> and <br><br> The **M/V CHIQUITA DREAM**, her engines, <br> tackle, equipment, and furnishings, etc., *in rem*, <br><br> Defendants. | Civil Action No. 2:21-cv-02053-GJP <br><br><br> **VERIFIED COMPLAINT IN ADMIRALTY** |

## NOTICE OF DISMISSAL

Plaintiff, Donjon Marine Co., Inc., hereby dismisses the instant action pursuant to F.R.C.P. 41(a)(1)(A)(i), and Local Rule 41.1 (b), without costs to any party.

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: /s/ George R. Zacharkow
George R. Zacharkow
Attorney I.D. No. 32816
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Tel: 215-587-9400
Email: GZacharkow@DMVLawFirm.com

- and –

                **NICOLETTI HORNIG & SWEENEY**
Terry L. Stoltz, Esq.
William M. Fennell, Esq.
(pro hac admission forthcoming)
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
Tel: 212-220-3830
E-mail:  TStoltz@NicolettiHornig.com
Reference No.:  00001470
      wfennell@nicolettihornig.com

*Attorneys for Plaintiff Donjon Marine Co., Inc.*

Dated:  June 10, 2021

## CERTIFICATE OF SERVICE

I, George R. Zacharkow, Esquire hereby certify that a true and correct copy of the foregoing *Notice of Dismissal*, has been filed electronically and is available for review and retrieval on the court system's website by counsel of record.

                              **DEASEY, MAHONEY & VALENTINI, LTD.**

                By:    */s/ George R. Zacharkow*
                           George R. Zacharkow

Dated: June 10, 2021